UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff<br><br>          vs.<br><br>Ruben Torres-Gallardo<br>                     Defendant(s) | CRIMINAL NO. 08mj 2207<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed / Order of Court).

MARGARITA ALONZO-Martinez

DATED: 7/30/08

RECEIVED _____
                    DUSM

**LOUISA S. PORTER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
          Deputy Clerk

R. F. MESSIG